UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONTIEZ BROOKS,<br><br>Defendant. | Case No. 1:20-cr-00146-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Before the Court is Defendant Jontiez Brooks' Motion to Modify Terms of Detention Release Order (Dkt. 77). For the reasons explained below, the Court will deny the motion.

### BACKGROUND

Jontiez Brooks and Derek Claytor are charged with conspiracy to commit wire fraud, wire fraud, and aggravated identity theft. Mr. Brooks pleaded guilty to Counts 15 and 37 of the Indictment and will be sentenced on March 24, 2021. He remains on pretrial release, although he is subject to home detention. He asks to be released from home detention so that he can "look for more work opportunities" and be available to attend his son's medical and physical therapy appointments.

MEMORANDUM DECISION AND ORDER - 1

*See Brooks Aff.*, Dkt. 77-1, ¶ 7. He also points out that codefendant Claytor is not subject to home detention.

The probation office does not support the request, noting that the conditions of Mr. Brooks' pretrial release allow him to look for work and to attend his sons' appointments. Under these circumstances, the Court sees no reason to upset the terms of pretrial release originally put in place by the District of Illinois. The motion will be denied.

## ORDER

**IT IS ORDERED that** Defendant Jontiez Brooks' Motion to Modify Terms of Detention Release Order (Dkt. 77) is **DENIED.**

DATED: March 1, 2021

B. Lynn Winmill
U.S. District Court Judge