UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONTIEZ BROOKS,<br><br>Defendant. | Case No. 1:20-cr-00146-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Defendant Jontiez Brooks' Seventh Motion to Extend Deadline for Self-Surrender. (Dkt. 124). The Court will deny this motion.

Around nine months ago, on March 24, 2021, this Court sentenced Mr. Brooks' to 39 months' incarceration and ordered him to self-surrender to the Federal Bureau of Prisons as directed by the BOP and the United States Probation Office. The Court has granted six previous motions to extend Mr. Brooks' self-surrender deadline. *See* Dkt. 124, at 2-4. The purpose of these extensions was to allow Mr. Brooks to resolve pending state-court matters. The upshot is that as of this writing Mr. Brooks has already been allowed to delay reporting to prison by around 9 or 10 months. His current self-surrender deadline is January 24, 2022.

Mr. Brooks has now filed a seventh request to extend the self-surrender

**MEMORANDUM DECISION AND ORDER - 1**

deadline. This time, he asks for an extension because he wants to be present for the birth his child. His domestic partner is pregnant, and the due date is March 24, 2022. The Court commends Mr. Brooks' desire to be present for the birth and, more generally, for his resolve to be a good father. But this is not a sufficient reason to extend the self-surrender deadline. It is time for Mr. Brooks to report to prison and serve his time. The Court will therefore deny the motion.

Accordingly,

**IT IS ORDERED that** Defendant's Seventh Motion to Extend Self-Surrender Deadline (Dkt. 124) is **DENIED**.

DATED: January 6, 2022

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**