+UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONTIEZ BROOKS,<br><br>Defendant. | Case No. 1:20-cr-00146-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Jontiez Brooks' Ninth Motion to Extend Deadline for Self-Surrender. *See* Dkt. 129. The government opposes the motion. The Court will deny it.

## DISCUSSION

Roughly three weeks ago, this Court granted Mr. Brooks' eighth request to extend his self-surrender deadline. *See* Dkt. 128. The Court granted the motion in an effort to allow Mr. Brooks to resolve a 2017 case that is pending in Cook County, Illinois. In granting that eighth extension, however, the Court clarified that it would not grant any further extensions – either because of the pendency of the Cook County case, or for any other reason laid out in the briefing. Despite that

MEMORANDUM DECISION AND ORDER - 1

order, Mr. Brooks has again asked the Court to extend his February 18, 2022 self-surrender deadline by another six weeks. Mr. Brooks explains that a motion hearing related to his Cook County case has been continued yet again, that the pandemic has caused delays, and that the Cook County docket is overloaded in any event.

The Court sympathizes with Mr. Brooks' effort to resolve his case. But for all the reasons explained in its previous decision, the Court will not grant another extension.

## ORDER

**IT IS ORDERED that** Defendant's Ninth Motion To Extend Deadline for Self-Surrender (Dkt. 128) is **DENIED.** Defendant shall report to his designated facility no later than **February 18, 2022** as directed by the Bureau of Prisons and Probation and Pretrial Services.

DATED: February 8, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**